# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| JERMAINE CARTER, | Civil Nos. 19-1403 (JRT/LIB) |
| Plaintiff, | |
| v. | |
| R. MARQUES, | **ORDER ADOPTING REPORT AND RECOMMENDATIONS** |
| Defendants, | |

___

Jermaine Carter, 08718-030, FCI Sandstone, PO Box 1000, Sandstone, MN 55072, *pro se* plaintiff.

Ana H Voss, Andrew Tweeten, Ann Bildtsen, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus [Docket No. 1] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: August 1, 2019            s/John R. Tunheim
at Minneapolis, Minnesota         JOHN R. TUNHEIM
                                  Chief Judge
                                  United States District Court